# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **Elec Hill,** §<br>　　*Plaintiff* §<br>　 §<br>**v.** §<br>　 §　**Case No. 1:25-cv-00971-ADA-SH**<br>　 §<br>**Texas Workforce Commission**, *et al.*, §<br>　　*Defendants* § | |

### <u>ORDER</u>

Before the Court is Plaintiff's Response to Order Show Cause and Request to Extend Time to Serve Defendants, filed March 5, 2026 (Dkt. 10).

On February 23, 2026, the Court ordered Plaintiff to show cause as to why Plaintiff's claims against Defendant should not be dismissed for failure to timely serve Defendants. Dkt. 9. In his Response, Plaintiff explains that it was his understanding that the U.S. Marshals would serve Defendants since he had been granted *in forma pauperis* status and had filed proposed summons. Dkt. 10. The Court finds that Plaintiff has presented good cause under Federal Rule of Civil Procedure 4(m) to extend the time for service. *See* FED. R. CIV. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

Accordingly, the Court:

1. **GRANTS** Plaintiff's Request to extend the time to serve Defendants (Dkt. 10); Plaintiff will have until **May 29, 2026** to effectuate service;

2. **ORDERS** the Clerk to issue summons; and

3. **ORDERS** the United States Marshals Service to attempt service in this case without pre-payment of a service fee.

**SIGNED** on March 18, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE